UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

CRIMINAL MINUTES - GENERAL

Priority _____
Send ✓
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

Case No.   **CR 05-01246 SJO**

DOCKETED ON CM

AUG 3 1 2006

BY _____ 029

Augsut 28, 2006

Present: The Honorable   S. James Otero

Interpreter   Not Required

| Victor Paul Cruz | Leandra Amber | Andrew Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|
| Noe Izaguirre | xx   xx | Darlene Ricker | xx   xx |

Proceedings:   **SENTENCING**

Hearing held. In preparation for this proceeding the Court has reviewed the following documents: The plea agreement filed on 4/24/06. The presentence report ("PSR") diclosed on 7/17/06 and confidental recommendation letter. Defendant's sentencing position and objections to the PSR filed on 8/15/06. Defendant concurs with the PSR sentencing calculations. Defendant requests that all references to the firearms be stricken from the PSR. The addendum to the PSR disclosed on 8/17/06. Government's reply to defendant's position re sentencing filed on 8/17/06. Both the government and the probation officer indicate that the defendant does not contest the accuracy of the PSR's reference to the firearms but rather that the defendant requests that the reference be stricken because it will affect defendant's incarceration designation. The Court denies defendant's request to have reference stricken.

Defendant indicates that he has not received a copy of the PSR. The Court stops the proceedings to allow defendant to read and review the PSR with his counsel.

Hearing resumes. The Court indicates that the defendant was given an opportunity to read and then review the PSR with his counsel. Defendant indicates that he understands the contents of the PSR and is ready to proceed with sentencing.

The Court reviews certain portions of the PSR. The Court reviews the offense conduct. The Court reviews the offense level computation. The Court finds a base offense level of 26 pursuant to the Drug Quantity Table, at U.S.S.G. § 2D1.1(c)(7), if the amount of cocaine is at least 500 grams but less than 2 kilograms, the base offense level is 26. The defendant possessed 1,019 grams (1.01 kilograms) of cocaine. The Court applies a two-level increase pursuant to U.S.S.G. § 2D1.1(b)(1), that an "enhancement for weapon possession reflects the increased danger of violence when drug traffickers possess weapons. The adjustment should be applied if the weapon was present, unless it is clearly improbable that the weapon was connected with the offense. For example, the enhancement would not be applied if the defendant, arrested at his residence, has an unloaded hunting file in the closet." The Court cannot conclude that it is clearly improbable that the firearms were connected to the offense. The Court applies a three-level

| CR-11 (09/98) | CRIMINAL MINUTES - GENERAL | Page 1 of 2 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

reduction for defendant's acceptance of responsibility. Defendant's criminal convictions amount to 12 criminal history points, establishing a criminal history category of V. The total adjusted offense level is 25, the criminal history category of V, resulting in a sentencing range of 120 to 125 months imprisonment.

Counsel submit on their respective pleadings

Defendant exercises his right of allocution.

The Court sentences the defendant as follows (see attached copy of judgment and commitment order).

|  | : | 0/34 |
|---|---|---|
| Initials of Deputy Clerk | vpc | |

cc: US Probation Office
    Pretrial Service

## United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. _CR05-01246-SJO_ |
| | |
| **Defendant**   **IZAGUIRRE, Noe** | Social Security No. _6_  _0_  _8_  _9_ |
| Noe Izaguirre-Nino; Lefty; Lil Lefty; Aurelio | |
| akas: Gallardo | (Last 4 digits) |

# JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| Aug. | 28, | 2006 |

**COUNSEL**  [x] **WITH COUNSEL** ___Darlene Ricker, retained___

(Name of Counsel)

**PLEA**  [x] **GUILTY**, and the court being satisfied that there is a factual basis for the plea. [ ] **NOLO CONTENDERE**  [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of [x] **GUILTY**, defendant has been convicted as charged of the offense(s) of:

**21 USC § 841 (a)(1), 841(b)(1)(B): Possession with Intent to Distribute Cocaine as charged in count one of the Indictment;**

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Noe Izaguirre, is hereby committed on Count 1 of the Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of 125 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of eight years under the following conditions:

1.   The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2.   The defendant shall not commit any violation of local, state or federal law or ordinance;

3.   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

4.   During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

USA vs.  **IZAGUIRRE, Noe**                                           Docket No.:  **CR05-01246-SJO**

5.    The defendant shall not associate with any member of any criminal street gang or
      disruptive group as directed by the Probation Officer;

6.    The defendant shall not be present in any area known as a criminal street gang gathering,
      as directed by the Probation Officer;

7.    The defendant shall comply with the immigration rules and regulations of the United
      States, and if deported from this country, either voluntarily or involuntarily, not reenter
      the United States illegally.  The defendant is not required to report to the Probation
      Office while residing outside of the United States; however, within 72 hours of release
      from any custody or any reentry to the United States during the period of Court-ordered
      supervision, the defendant shall report for instructions to the United States Probation
      Office, located at:

      United States Court House
      312 North Spring Street, Room 600
      Los Angeles, California  90012

8.    The defendant shall not obtain or possess any driver's license, Social Security number,
      birth certificate, passport or any other form of identification in any name, other than the
      defendant's true legal name, without the prior written approval of the Probation Officer;
      nor shall the defendant use, for any purpose or in any manner, any name other than his
      true legal name;

9.    The defendant shall cooperate in the collection of a DNA sample from the defendant.

In the interest of justice the Court grants the government's motion to dismiss all remaining counts.

The Court advises the defendant of his right to appeal.

The Court recommends that the defendant be incarcerated in Southern California.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and
Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of
supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke
supervision for a violation occurring during the supervision period.

August 28, 2006                                           S. JAMES OTERO
_____                                   _____
Date                                                      U. S. District Judge/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                                          Sherri R. Carter, Clerk

August 28, 2006                                           By    Victor Paul Cruz
_____                                   _____
Filed Date                                                Deputy Clerk

USA vs.   **IZAGUIRRE, Noe**                                      Docket No.:   **CR05-01246-SJO**

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

      1. Special assessments pursuant to 18 U.S.C. §3013;
      2. Restitution, in this sequence:
            Private victims (individual and corporate),
            Providers of compensation to private victims,
            The United States as victim;
      3. Fine;
      4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
      5. Other penalties and costs.

---

USA vs.  **IZAGUIRRE, Noe**                                                   Docket No.:  **CR05-01246-SJO**

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses.  Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

---

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____
Date

Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

---

USA vs.   **IZAGUIRRE, Noe**                                    Docket No.:   **CR05-01246-SJO**

_____                    _____
Filed Date                              Deputy Clerk

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____
         Defendant                              Date


_____                 _____
U. S. Probation Officer/Designated Witness      Date